UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | |
|---|---|
| PT. ASIA PACIFIC FIBERS TBK,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE UNITED STATES,<br><br>　　　　　Defendant. | Court No. 22-00007 |

S U M M O N S

**TO:** The Attorney General;
General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　　**/s/Mario Tuscano**
　　　　　　　　　　　　　　　　　　　Clerk of the Court

1. Name and Standing of Plaintiff
   Plaintiff, PT. Asia Pacific Fibers Tbk, is a foreign producer and exporter during the period of investigation of Polyester Textured Yarn manufactured in Indonesia. Asia Pacific participated in the contested investigation as a mandatory respondent and by filing an administrative case brief. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and 19 C.F.R. § 351.102(b)(2)(i) that actively participated in the contested determination. Plaintiff, therefore, has standing to bring this action under 28 U.S.C. § 2631(c).

2. Brief Description of Contested Determination
   Plaintiff contests the antidumping duty order issued by the International Trade Administration of the U.S. Department of Commerce, ("Commerce") in the investigation under the antidumping duty order *Polyester Textured Yarn from Indonesia* (A-560-838).

3. <u>Date of Determination</u>
Commerce's antidumping duty order was published in the *Federal Register* on December 14, 2021.

4. <u>Date of Publication in the Federal Register of Notice of Contested AD Order</u>
Commerce's Antidumping Duty Order was published in the *Federal Register* on December 14, 2021 as Polyester Textured Yarn from Indonesia, Malaysia, Thailand, and the Socialist Republic of Vietnam (A-560-838, A-557-823, A-549-843, A-552-832): *Antidumping Duty Orders*, 86 Fed. Reg. 71031 (December 14, 2021).

/s/<u>Lizbeth R. Levinson</u>
Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell

FOX ROTHSCHILD LLP
2020 K Street, N.W.
Suite 500
Washington, DC  20005
  Tel:  (202) 461-3100
  Fax: (202) 461-3102

*Counsel PT. Asia Pacific Fibers Tbk*

Dated:  January 13, 2022

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC  20230

Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY  10278