**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | |
|---|---|
| **PT. ASIA PACIFIC FIBERS TBK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Court No. 22-00007** |

**ORDER**

Upon consideration of the partial Consent Motion to Intervene as of Right filed by Unifi Manufacturing, Inc. and Nan Ya Plastics Corporation, America, it is hereby

**ORDERED** that the partial Consent Motion to Intervene as of Right is granted; and it is further

**ORDERED** that Unifi Manufacturing, Inc. and Nan Ya Plastics Corporation, America are hereby designated as Defendant-Intervenors in this action.

______________________________
Richard K. Eaton, Senior Judge

Dated: __________________, 2022
New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | | |
|---|---|---|
| **PT. ASIA PACIFIC FIBERS TBK,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Court No. 22-00007** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PARTIAL CONSENT MOTION TO INTERVENE AS OF RIGHT**

Pursuant to U.S. Court of International Trade ("USCIT") Rules 7(b) and 24(a), Unifi Manufacturing, Inc. and Nan Ya Plastics Corporation, America (hereinafter "Movants" or "Proposed Defendant-Intervenors") respectfully and timely move this Court for an Order granting Movants leave to intervene as of right as Defendant-Intervenors in the above-captioned action.

**I. PARTIAL CONSENT OF THE PARTIES**

This Motion is made following consultation with and the consent of counsel to Plaintiff, PT. Asia Pacific Fibers Tbk ("Plaintiff"), and no objection from counsel to Defendant, the United States. Specifically, on February 25, 2022, Julia A. Kuelzow, Esq. consulted with counsel to the parties to this action concerning this motion. Counsel for Plaintiff, Lizbeth R. Levinson, Esq., communicated via email on February 25, 2022, that her client consents. Counsel for Defendant, the United States, Eric J. Singley, Esq., indicated via e-mail on March 2, 2022, that the United States does not object.

## II. TIMELINESS

This Motion is timely submitted pursuant to USCIT Rule 24(a)(3), as it is being filed within 30 days after the filing of Plaintiff's Complaint on February 14, 2022 (ECF No. 8).

## III. DISCUSSION

Pursuant to 28 U.S.C. § 2631(j), a party "who would be adversely affected or aggrieved by a decision in a civil action" pending in this Court may intervene as of right in that action brought under section 516A of the Tariff Act of 1930 ("the Act"), as amended, if that party is an "interested party" that was a "party to the proceeding in connection with which the matter arose." 19 U.S.C. § 1516a. Movants meet the statutory requirements for intervention as of right in this action.

For purposes of 28 U.S.C. § 2631(j)(1)(B), an "interested party" is defined as having "the meaning given such term in section 771(9) of the Tariff Act of 1930." 28 U.S.C. § 2631(k)(1). In turn, Section 771(9) of the Act provides that "interested party" means, inter alia, "a manufacturer, producer, or wholesaler in the United States of a domestic like product." 19 U.S.C. § 1677(9)(C) & (E). Unifi Manufacturing, Inc. and Nan Ya Plastics Corporation, America are manufacturers, producers, and/or wholesalers in the United States of the domestic like product. Accordingly, Proposed Defendant-Intervenors are interested parties within the meaning of sections 771(9)(C) and 516A(f)(3) of the Act. See 19 U.S.C. § 1677(9)(C); 19 U.S.C. § 1516a(f)(3).

Further, Unifi Manufacturing, Inc. and Nan Ya Plastics Corporation, America were parties to the proceeding before the United States Department of Commerce ("Commerce") that led to the determination being challenged in this action. The Complaint filed by Plaintiff in this action – PT. Asia Pacific Fibers Tbk – challenges the U.S. Commerce Department's final

determination in the sales at less-than-fair-value investigation of Polyester Textured Yarn from Indonesia (Commerce Case No. A-560-838). See ECF No. 8; see also Polyester Textured Yarn from Indonesia: Final Affirmative Determination of Sales at Less the Fair Value, 86 Fed. Reg. 58,875 (Dep't Commerce Oct. 25, 2021) (hereinafter, "Final Determination") and the accompanying Issues and Decision Memorandum for the Final Affirmative Determination of Sales at Less Than Fair Value Investigation of Polyester Textured Yarn from Indonesia (Oct. 18, 2021). The resulting antidumping duty order was published in the Federal Register on December 14, 2021. See Polyester Textured Yarn from Indonesia, Malaysia, Thailand, and the Socialist Republic of Vietnam (A-560-838, A-557-823, A-549-843, A-552-832): Antidumping Duty Orders, 86 Fed. Reg. 71,031 (Dep't Commerce Dec. 14, 2021). Movants were petitioners in the antidumping duty investigation and participated actively in the proceeding through counsel.

As petitioners and participants in the proceeding below, Movants have a strong interest in the continued enforcement of the antidumping duty order, as well as the appropriate calculation of antidumping duty margins for Indonesian producers and exporters of the subject merchandise. As a result, Movants are parties that would be adversely affected by a ruling favorable to the Plaintiff in this civil action. Accordingly, pursuant to 28 U.S.C. § 2631(j)(1)(B), Movants are parties that "would be adversely affected or aggrieved" by the action now pending in this Court, and interested parties "who was a party to the proceeding in connection with which the matter arose." Under Rule 24(a) of this Court's Rules and 28 U.S.C. § 2631(j)(1)(B), therefore, Movants have standing to intervene in this action as a matter of right.

For the preceding reasons, Unifi Manufacturing, Inc. and Nan Ya Plastics Corporation, America respectfully request that this Court grant this partial Consent Motion and allow them to intervene as Defendant-Intervenors in this civil action.

Respectfully submitted,

/s/ Julia A. Kuelzow
PAUL C. ROSENTHAL
DAVID C. SMITH
MELISSA M. BREWER
JULIA A. KUELZOW
prosenthal@kelleydrye.com
davidsmith@kelleydrye.com
mbrewer@kelleydrye.com
jkuelzow@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
(202) 342-8488

KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel to Proposed Defendant-Intervenors

Dated: March 3, 2022