## UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

_____

| | |
|---|---|
| PT. ASIA PACIFIC FIBERS TBK, )<br><br>        Plaintiff,       )<br><br>        v.              )<br><br>UNITED STATES,          )<br><br>        Defendant,      )<br><br>and                     )<br><br>UNIFI MANUFACTURING, INC. AND )<br>NAN YA PLASTICS CORPORATION, )<br><br>        Defendant-Intervenors. ) | Court No. 22-00007 |

## DEFENDANT'S UPDATED STATUS REPORT

Pursuant to the Court's April 16, 2024, order, ECF No. 56 (April 16th Order), defendant, the United States, respectfully submits this updated status report regarding the U.S. Department of Commerce (Commerce)'s actions to comply with the remand order in this matter.

On December 12, 2023, the Court remanded Commerce's final determination in the polyester textured yarn (yarn) from Indonesia less-than-fair-value investigation, ordering that Commerce: (i) comply in all respects with the order, and to support and explain its findings with substantial evidence on the record; (ii) prepare a verification report of the "methods, procedures, and results" of verification as provided under 19 C.F.R. § 351.307(c), and provide (A) Asia Pacific a reasonable opportunity to place information on the record addressing any deficiencies found by Commerce; and (B) all parties the opportunity to file case briefs that "present all arguments that continue," in the party's view, "to be relevant to the Secretary's final

determination," as provided under 19 C.F.R. § 351.309(c)(2); and (iii) reconsider its final determination, published as *Polyester Textured Yarn from Indonesia: Final Affirmative Determination of Sales at Less Than Fair Value*, 86 Fed. Reg. 58,875 (Dep't of Commerce Oct. 25, 2021) (final determination). *See* Court's December 12, 2023, Remand Order, ECF No. 52 (Remand Order) at 21.

To date, Commerce has made significant progress in complying with the Remand Order. Upon issuance of the Remand Order, Commerce conducted an extensive review of the administrative record to identify and compile deficiencies in PT. Asia Pacific Fibers Tbk. (Asia Pacific)'s response to the agency's verification questionnaire. *See* Admin. Rec., ECF No. 17. Commerce issued Asia Pacific a deficiency notification letter and provided an opportunity for the company to respond by 5:00 p.m. Eastern Time on February 22, 2024. *See* Def. March 12, 2024, Status Report, ECF. No. 55, (Status Report) at Exhibit A (Notification of Deficiencies). On February 20, 2024, Asia Pacific requested a three-week extension of time, until March 14, 2024, to respond, which Commerce granted. *Id.* at 2-3 and *id*. at Ex. B (First Extension Request).

On March 12, 2024, Commerce filed a status report with the Court in accordance with the Court's Remand Order. *See generally*, Status Report, ECF No. 55. Commerce thereafter granted Asia Pacific's request for a six-day extension of time, until 5:00 p.m. Eastern Time on March 20, 2024, to respond to Commerce's deficiency notification letter. *See* Commerce's Letter, "2nd Extension Request for PT. Asia Pacific Fibers Tbk's Response to Notice of Deficiency," dated March 13, 2024, attached hereto as Ex. A.; *see also* Asia Pacific's Letter, "Second Extension Request for Response to Notice of Deficiency," dated March 12, 2024,

attached hereto as Ex. B.  On March 21, 2024, Asia Pacific submitted a response containing over 800 pages.  *See* Commerce's ACCESS Entry Log, attached hereto as Ex. C.

On May 15, 2024, Commerce issued the draft remand redetermination, which included a report of the "methods, procedures, and results" of verification, and allowed parties the opportunity to file comment and case briefs by May 22, 2024.  *See* Remand Order at 21.

In its April 16th Order, the Court ordered that Commerce file an updated status report on May 16, 2024, which includes the date on which the Government expects to file its final remand redetermination.  *See* April 16th Order.  Accordingly, we respectfully report to the Court the updated status of the remand, as detailed above.  Pursuant to the Court's Remand Order, Commerce expects to finalize and file its remand redetermination, accounting for parties' relevant information and argument, with the Court by August 20, 2024, which is "90 days after Commerce has received the parties' information and case briefs."  Remand Order at 21.  Absent an extension, the Government will respond to comments on the remand redetermination, if any, fifteen (15) days after comments are filed with the Court.  *Id*.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

LESLIE M. LEWIS
Attorney
Department of Commerce
Office of Chief Counsel for Trade
Enforcement & Compliance
1401 Constitution Avenue, NW
Washington, DC 20005

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0315

*Attorneys for Defendant*

**EXHIBIT A**



UNITED STATES DEPARTMENT OF COMMERCE
**International Trade Administration**
Washington, D.C. 20230

A-560-838
Remand
Court No. 22-00007
Slip Op. 23-175
E&C/OVII:  PS
**Public Document**

March 13, 2024

**PT. Asia Pacific Fibers Tbk**
c/o Alexander D. Keyser, Esq.
Fox Rothschild LLP
1030 15th Street, NW
Suite 380
Washington, D.C. 20005

Re: Investigation of the Antidumping Duty Order on Polyester Textured Yarn from
    Indonesia:  2nd Extension Request for PT. Asia Pacific Fibers Tbk's Response to Notice of
    Deficiency

Dear Mr. Keyser:

The Department of Commerce (Commerce) received your March 12, 2024, request filed on
behalf of PT. Asia Pacific Fibers Tbk (Asia Pacific) for an extension to submit its response to
Commerce's notice of deficiency with respect to Asia Pacific's in-lieu of on-site verification
questionnaire response for the less-than-fair-value (LTFV) investigation of polyester textured
yarn (yarn) from Indonesia.  A response to the Commerce's deficiency comments is currently
due on March 14, 2024.  In your letter, you requested an extension until March 20, 2024.

Commerce has evaluated Asia Pacific's request for an extension of time.  In consideration of the
circumstances described therein and the schedule of the Court's remand, we are granting the
extension.  The deadline for Asia Pacific to submit its response to Commerce's deficiency
comment request is now **5:00 PM Eastern Time on Wednesday, March 20, 2024**.

Should you have any questions, please contact Toni Page at (202) 482-1398 or
toni.page@trade.gov or Peter Shaw at (202) 482-0697 or peter.shaw@trade.gov.

Sincerely,

*Lana Nigro*

Lana Nigro
Program Manager
AD/CVD Operations, Office VII



## **EXHIBIT B**



**Fox Rothschild** LLP
ATTORNEYS AT LAW

2020 K Street, N.W.
Suite 500
Washington, DC, 20006
Tel (202) 461-3100  Fax (202) 461-3102
www.foxrothschild.com

ALEXANDER D. KEYSER
Direct No:  202.696.1456
Email: akeyser@foxrothschild.com

ITA Case No. A-560-838
Total Pages:
Remand Court No. 22-00007
Slip Op. 23-175

**PUBLIC DOCUMENT**

March 12, 2024

**VIA ELECTRONIC FILING**
The Honorable Gina M. Raimondo
Secretary of Commerce
U.S. Department of Commerce
Attn: Enforcement and Compliance
Central Records Unit, Room 18022
14th Street & Constitution Avenue, N.W.
Washington, D.C. 20230

      Re:    <u>Polyester Textured Yarn from Indonesia: Second Extension Request
               for Response to Notice of Deficiency</u>

Dear Mr. Secretary:

      We represent PT. Asia Pacific Fibers Tbk ("Asia Pacific"), a producer and exporter of the

subject merchandise from Indonesia, and a mandatory respondent in this investigation.  On

February 8, 2024, Commerce provided Asia Pacific with a notification of deficiencies in the

company's response to the agency's in-lieu of on-site verification questionnaire pursuant to the

Court Order in *PT. Asia Pac. Fibers TBK v. United States*, No. 22-00007, 2023 Ct. Int'l Trade

Slip Op. 2023-175 (Ct. Int'l Trade December 12, 2023) (Remand Order).  The response to this

Barcode: 4524468-01 A-560-838 REM - Remand  -  Court No. 22-00007.  Slip Op. 23-175

Secretary of Commerce
March 12, 2024
Page 2

notice of deficiency is currently due on March 14, 2024. We hereby request a six-day extension

of time, until March 20, 2024.  This is Asia Pacific's second request for an extension of time to

submit the response to the notice of deficiency.

Good cause exists to grant this extension request.  Though Asia Pacific greatly

appreciates the extension previously granted by Commerce, additional time is needed to finalize

the response in a complete and accurate manner.  As Commerce is aware, the notice of

deficiency requested extensive documentation, including sales traces, expense information,

quantity and value data, several worksheets, and several databases.  Though Asia Pacific has

been able to compile much of this documentation, it requires additional time to sufficiently

translate this documentation and to ensure that Counsel can review the translated documentation.

This submission will consist of hundreds of pages of documents and even with the assistance of a

consultant and Counsel, Asia Pacific requires time to ensure the documentation fully responds to

Commerce's requests in English.  This has been a time- and resource intensive exercise and has

required a great deal of coordination between Asia Pacific's staff, Counsel, and consultant.  The

requested extension will enable Asia Pacific and Counsel to ensure all relevant documentation

can be fully prepared and reviewed.

An extension is also warranted due to the medical absence of several essential members

of counsel's team.  As Commerce is aware, lead counsel for Asia Pacific underwent emergency

surgery on February 9, 2024.  This was a major procedure, the expected recovery time for which

is six weeks.  Lead counsel's condition has improved, but she has only recently been able to

assist in the preparation of this response.  In addition, another member of Counsel's team departs

this week for pre-scheduled out of country travel.  Lastly, the final member of Counsel's team is

Barcode: 4524463-01 A-560-838 REM - Remand  -  Court No. 22-00007.  Slip Op. 23-175

Secretary of Commerce
March 12, 2024
Page 3

still out on extended medical leave.  These events in conjunction have severely impacted

counsel's ability to assist Asia Pacific in the preparation of its response.  The requested extension

will enable counsel to meet these important deadlines with its full team.

      For the foregoing reasons, we respectfully request a six-day extension from March 14,

2024, until March 20, 2024, for Asia Pacific to prepare its responses to Commerce's notice of

deficiency.

      Thank you for your attention to this matter.  Should you have any questions concerning

this extension request, please contact the undersigned.


      Respectfully submitted,

      */s/ Alexander D. Keyser*
      Lizbeth R. Levinson
      Brittney R. Powell
      Alexander D. Keyser

Barcode:4524468-01 A-560-838 REM - Remand  -  Court No. 22-00007.  Slip Op. 23-175

Secretary of Commerce
March 12, 2024
Page 4

## PUBLIC CERTIFICATE OF SERVICE

ITA Case No. A-560-838
Remand Court No. 22-00007
Slip Op. 23-175

I, Alexander D. Keyser, hereby certify that a copy of the foregoing PUBLIC document was served upon the following parties by electronic service via email on this the 12th day of February 2024:

Julie Kuelzow, Esq.
Kelley Drye & Warren LLP
3050 K Street, NW
Washington, DC 20007-5108
Email: jkuelzow@kelleydrye.com;
tradenotifications@kelleydrye.com

Sunny Adrian
Representative of Indonesia
Embassy of Indonesia
2020 Massachusetts Avenue, NW
Washington, DC 20036
Email:
sunny.adrian@embassyofindonesia.org

Bulent Hacioglu, Esq.
Trade Resources Company
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
Email: bhacioglu@traderes.com

/s/ Alexander D. Keyser
Alexander D. Keyser

**EXHIBIT C**

| Filed Date-Time ▼ | Title | Pertaining To (col | Bar Code | Type | Security Classification | Pages | Case No. |
|---|---|---|---|---|---|---|---|
| 3/21/24 2:25 PM | Resp to Notice of Deficiency _ Part1 | APF | 4530280-01 | Response | Public Version | 665 | A-560-838 |
| 3/21/24 2:25 PM | Resp to Notice of Deficiency _ Part2 | APF | 4530280-02 | Response | Public Version | 193 | A-560-838 |