UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: Richard K. Eaton, Senior Judge

| | |
|---|---|
| PT. ASIA PACIFIC FIBERS TBK, | |
| Plaintiff, | Court No. 22-00007 |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| UNIFI MANUFACTURING, INC., | |
| and | |
| NAN YA PLASTICS, CORP., | |
| Defendant-Intervenors. | |

**PLAINTIFF'S COMMENTS ON FINAL REMAND RESULTS**

On behalf of Plaintiff, PT. Asia Pacific Fibers Tbk ("Asia Pacific"), we hereby submit these comments on the Defendant's Final Results of Redetermination Pursuant to Court Remand ("Final Remand Results") filed with the Court on August 8, 2024 (ECF 58). These comments are timely submitted pursuant to the Court's opinion and remand order issued on December 12, 2023 ("*Remand Order*") (Slip Op. 23-175, ECF 52).

In the *Remand Order*, the Court made two findings. First, the Court found that Commerce failed to produce a verification report and that this failure was unreasonable and an abuse of discretion. *Id*. at 18-19. Second, the Court found that Commerce was required to provide Asia Pacific with the opportunity to correct deficiencies in its Questionnaire in Lieu of Verification and that Commerce must provide Asia Pacific with a reasonable opportunity to

place information on the record addressing any deficiencies found by Commerce. *Id*. The Court accordingly remanded Commerce's final determination, with additional instructions to reconsider the final determination, particularly its application of Adverse Facts Available, in consideration of any information the Parties presented on remand. *Id*. at 21.

Commerce complied with the *Remand Order* by providing Asia Pacific with an opportunity to correct deficiencies in its Questionnaire in lieu of Verification and by issuing a verification report. Final Remand Results, ECF 58 at 3-4. Specifically, Commerce issued a supplemental questionnaire to Asia Pacific, to which Asia Pacific responded and resolved any deficiencies. *Id*. at 3-4. Thereafter, Commerce issued its verification report. *Id*. at 3-4. In the Final Remand Results, Commerce reconsidered its application of Adverse Facts Available because Asia Pacific resolved the deficiencies in its Questionnaire in lieu of Verification, and ultimately calculated a weighted-average dumping margin of 9.20% for Asia Pacific. *Id*. at 6. Thus, Commerce's Final Remand Results are consistent with the Court's Remand Order and are in accordance with law.

Accordingly, we respectfully request that the Court sustain Commerce's Final Remand Results.

                                                Respectfully submitted,

                                                /s/ *Brittney R. Powell*
                                                Lizbeth R. Levinson
                                                Brittney R. Powell
                                                Alexander D. Keyser

                                                FOX ROTHSCHILD LLP
                                                2020 K Street, NW
                                                Suite 500 East
                                                Washington, DC  20006
                                                Phone: (202) 361-3100
                                                Email:  bpowell@foxrothschild.com

*Counsel to PT. Asia Pacific Fibers Tbk*

Dated:  September 9, 2024