## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | |
|---|---|
| PT. ASIA PACIFIC FIBERS TBK, ) | |
| Plaintiff, ) | |
| v. ) | |
| UNITED STATES, ) | |
| Defendant, ) | Court. No. 22-00007 |
| and ) | |
| UNIFI MANUFACTURING, INC AND ) NAN YA PLASTICS CORPORATION, ) | |
| Defendant-Intervenors. ) | |

## **JUDGMENT**

Upon consideration of the Department of Commerce's final results of redetermination pursuant to Court remand, dated Aug. 8, 2024, ECF No. 58, the record of this proceeding, and all other pertinent papers, it is hereby

ORDERED that the final results of redetermination pursuant to Court remand are sustained.

Dated: _____                    _____
       New York, NY                                    SENIOR JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| PT. ASIA PACIFIC FIBERS TBK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> UNIFI MANUFACTURING, INC AND ) <br> NAN YA PLASTICS CORPORATION, ) <br> ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Court. No. 22-00007 |

**DEFENDANT'S RESPONSE TO
COMMENTS ON COMMERCE'S REMAND RESULTS**

Defendant, the United States, respectfully submits this response to the comments filed by Plaintiff Asia Pacific Fibers TBK (Asia Pacific) regarding the Department of Commerce (Commerce)'s remand results. *See* Final Results of Redetermination Pursuant to Court Remand (August 8, 2024) (ECF No. 58) (Remand Results).

Commerce has fully complied with the Court's remand order. *See* Remand Order, *PT. Asia Pacific Fibers Tbk v. United States*, Ct. No. 22-00007, Slip Op. 23-175 (Ct. Int'l Trade Dec. 12, 2023) (ECF No. 52) (Remand Order). Specifically, consistent with the Court's remand order, Commerce issued, under protest, a notification of deficiencies to plaintiff PT. Asia Pacific Fibers TBK (Asia Pacific); provided Asia Pacific an opportunity to address the deficiencies; and issued a verification report of the methods, procedures, and results of

Commerce's verification.  On remand, Commerce reconsidered its application of adverse facts available and calculated a dumping margin based on the information Asia Pacific provided. *See* Remand Results at 5.  Commerce also revised the all-others rate.  *Id.* at 6.

Plaintiff Asia Pacific filed comments in support of the remand results, requesting that the final results of redetermination be sustained.  Pl. Cmts. (Sept. 9, 2024) (ECF No. 60).  Because no other comments were filed and no party contests Commerce's remand results, it is appropriate for the Court to sustain them and enter judgment accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL: | /s/ Collin T. Mathias<br>COLLIN T. MATHIAS |
| LESLIE MAE LEWIS<br>Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-0315<br>Email: collin.t.mathias@usdoj.gov |

Dated:  September 24, 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the word limitation in Court of International Trade Standard Chambers Procedures § 2(B)(1), and contains approximately 227 words, excluding the parts of the brief exempted from the word limitation. In preparing this certificate of compliance, I have relied upon the word count function of the word processing system used to prepare the brief.

/s/ Collin T. Mathias