UNITED STATES COURT OF INTERNATIONAL TRADE

PT. ASIA PACIFIC FIBERS TBK,

Plaintiff,

v.

UNITED STATES,

Defendant,

and

UNIFI MANUFACTURING, INC. AND NAN YA PLASTICS CORPORATION,

Defendant-Intervenors.

Before: Richard K. Eaton, Judge

Court No. 22-00007

**JUDGMENT**

Upon consideration of the papers and proceedings had herein, and in conformity with the court's decision in this matter, it is hereby

**ORDERED** that the U.S. Commerce Department's Final Results of Redetermination Pursuant to Court Remand, ECF No. 58-1, are sustained.

/s/ Richard K. Eaton
Judge

Dated: October 11, 2024
New York, New York